124 So.2d 115

**Jeff WALLACE**

**v.**

**STATE of Alabama.**

**6 Div. 623.**

Supreme Court of Alabama.

Nov. 3, 1960.

Richard L. Jones, Bessemer, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

STAKELY, Justice.

On petition for certiorari to this court only one question is presented and that is whether written charge No. X requested by the defendant in the lower court was covered by the oral charge of the court.

We think the extended opinion of the Court of Appeals on rehearing in that court sufficiently answers the question. Ala.App., 124 So.2d 110.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.